UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| IN THE MATTER (S) OF: | ) | CASE NUMBER |
|---|---|---|
| | ) | |
| | ) | |
| ANTHONY & HILLARY PATRAS | ) | 09-43643 |
| APRIL WAGNER OCONNOR | ) | 09-81772 |
| JEFF & AMANDA SLECHTA | ) | 09-81984 |
| CHRISTOPHER & MELISSA PETERSON | ) | 09-82645 |
| GINGER LAKOWSKY | ) | 09-83152 |
| DAPHENE MAGUIRE | ) | 09-83353 |
| KATHLEEN OLSUFKA | ) | 11-43182 |
| DARLENE VALUE | ) | 12-82031 |
| JOBINA LLOYD | ) | 14-81814 |
| | ) | |
| | ) | |
| DEBTORS | ) | |

TRANSMITTAL OF UNCLAIMED FUNDS TO THE CLERK

At Omaha, in said District on the 10th day of April 2015, it appearing that various checks issued in several proceedings, all as more particularly described in the attached schedules, were issued and delivered by Trustee, but that the said claimants have not negotiated the said checks and have not claimed said sums for more that sixty days, now on Motion of Court and with no adverse interest being represented, it is

Ordered that Kathleen A. Laughlin, Trustee, be and she hereby is authorized and directed to pay to The Clerk of the United States Bankruptcy Court for the District of Nebraska, the sum of $635.85 shall be held in the Registry of the Court pursuant to applicable statutes, and which sum represents monies unclaimed by creditors whose names and last known addresses are as set forth in the attached schedules.

**UNCLAIMED FUNDS TO THE CLERK**

| CASE # | LAST NAME | CHK # | CHK DATE | AMOUNT | PAYEE NAME | ADDRESS 1 | ADDRESS 2 | CITY | ST | ZIP |
|---|---|---|---|---|---|---|---|---|---|---|
| 0943643 | PATRAS | 538249 | 4/10/2015 | 35.37 | US DEPT OF EDUCATION | DIRECT LOAN SERVICING CNTR | PO BOX 5609 | GREENVILLE | TX | 754035609 |
| 0981772 | WAGER OCONNOR | 538249 | 4/10/2015 | 3.95 | SPIRIT OF AMERICA NATL BANK | FIRST EXPRESS | PO BOX 659728 | SAN ANTONIO | TX | 782659728 |
| 0981772 | WAGER OCONNOR | 538249 | 4/10/2015 | 3.79 | TIBURON FINANCIAL LLC | 218 S 108TH AVE #A | | OMAHA | NE | 681542631 |
| 0981984 | SLECHTA | 538249 | 4/10/2015 | 2.34 | RJM ACQUISITIONS FUNDING LLC | 575 UNDERHILL BLVD, STE 224 | | SYOSSET | NY | 11791 |
| 0982645 | PETERSON | 538249 | 4/10/2015 | 9.31 | PREMIER MARKETING SYSTEMS | 311 S ARLINGTON HEIGHTS RD | #10 | ARLINGTON HEIGHTS | IL | 60005 |
| 0983152 | LAKOWSKY | 538249 | 4/10/2015 | 22.03 | EDIFI | PO BOX 9208 | | NISKAYUNA | NY | 123090208 |
| 0983353 | MAGUIRE | 538249 | 4/10/2015 | 3.31 | CREIGHTON MEDICAL ASSOC | 2500 CALIFORNIA PLAZA | | OMAHA | NE | 68178 |
| 1143182 | OLSUFKA | 538249 | 4/10/2015 | 121.03 | VERIPRO SOLUTIONS, INC | PO BOX 3572 | | COPPELL | TX | 75019 |
| 1282031 | VALUE | 538249 | 4/10/2015 | 234.72 | PHH MORTGAGE | 2001 BISHOPS GATE BOULEVARD | | MOUNT LAUREL | NJ | 08054 |
| 1481814 | LLOYD | 538249 | 4/10/2015 | 200.00 | JUANA D MARTEL | C/O HUGH I ABRAHAMSON ATTY AT LAW | 6901 DODGE ST STE 107 | OMAHA | NE | 681322759 |
| | | | | $ 635.85 | | | | | | |

4/10/2015